UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>LENZY JEROME WASH,<br><br>    Defendant. | Case No: CR 12-0495 SBA<br><br>**ORDER OF REFERENCE FOR CHANGE OF PLEA** |

Pursuant to General Order 42, the Court finds that exceptional circumstances warrant the referral of the above-captioned matter to Magistrate Donna Ryu for a report and recommendation on the acceptance of the Defendant's guilty plea to take place on <u>November 13, 2012 at 9:30 a.m.</u>  Upon conducting such hearing, Magistrate Judge Ryu shall schedule the matter for consideration of her report and recommendation on acceptance of guilty plea and judgment and sentencing for February 5, 2013 at 10:00 a.m. in Department 1 of this Court, Judge Saundra Brown Armstrong presiding.

IT IS SO ORDERED.

Dated:  10/30/12

  SAUNDRA BROWN ARMSTRONG
  United States District Judge