JOHN D. FORSYTH (CABN 178341)
LAW OFFICE OF JOHN D. FORSYTH
2431 Fillmore Street
San Francisco, California 94115
415-401-0729 telephone
415-401-7609 facsimile
sotts@earthlink.net e-mail

ATTORNEY FOR DEFENDANT
LENZY JEROME WASH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 12-00495-028 SBA |
|---|---|---|
| | ) | |
| | ) | **STIPULATION TO CONTINUE RULE 12** |
| | ) | **DISPOSITION HEARING AND [~~PROPOSED~~]** |
| v. | ) | **ORDER** |
| | ) | |
| LENZY JEROME WASH | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

The defendant is currently scheduled for a hearing before the Court on May 13, 2015. At that time, it is expected that the defendant will enter into an agreed upon disposition regarding the instant Rule 12 petition. Defense counsel suffered a medical emergency on April 20, 2015 while travelling out of state to meet with the United States Attorney and F.B.I. to debrief a witness for an upcoming trial. As a result, that meeting was cancelled. The government has now requested that meeting to occur on May 12th and 13th with counsel out of state Accordingly, the parties respectfully request that the court vacate the defendant's upcoming hearing on May 13, 2015, and set the matter for hearing on June 10, 2015, at 10:00 a.m.

Dated: April 27, 2015

STIP TO CONTINUE SENTENCING HEARING
CR 12 00495-028 SBA

1

1    SO STIPULATED:

2                                          _____

3                                          JOHN FORSYTH
                                           Counsel for LENZY JEROME WASH

4    SO STIPULATED:

5                                          MELINDA HAAG
                                           U.S. Attorney

6

7                                          _____
                                           JOSEPH ALIOTO
8                                          Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIP TO CONTINUE SENTENCING HEARING
     CR 12 00495-028 SBA

                              2

1

[~~PROPOSED~~] ORDER

2

    GOOD CAUSE APPEARING, it is ordered that: The date for the defendant's Rule 12 disposition

3

hearing shall be continued from May 13, 2015, to June 10, 2015 at 10:00 a.m. to allow defense counsel

4

to travel out of state to meet with the United States Attorney and F.B.I. for the purposes of debriefing

5

6

counsel's client that was previously delayed due to a medical emergency.

7

8

9

10 IT IS SO ORDERED.

11

12 DATED:  April 30, 2015

HON. SAUNDRA B. ARMSTRONG
United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP TO CONTINUE SENTENCING HEARING
CR 12 00495-028 SBA

3